UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 17 PM 5: 35

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

KEITH J. ALLEN

v.

HOWARD CARLTON

JUDGMENT IN A CIVIL CASE

CASE NO: 01-2966-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Directing The Clerk To Enter Judgment entered on November 15, 2005, this cause is hereby dismissed.

APPROVED:

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

11-16-2005
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This ___ on the docket sheet in compliance
with ___ 73(a) FRCP on 11-18-05

71

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:01-CV-02966 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

J. Ross Dyer
ATTORNEY GENERAL OFFICE
425 5th Avenue North
Nashville, TN 37243--049

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Keith J. Allen
NORTHEAST CORRECTIONAL COMPLEX
223245
5349 Highway 67 W.
Mountain City, TN 37683

Honorable Bernice Donald
US DISTRICT COURT